

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2014

No. 04-14-00579-CV

**JAY KAY BEAR LTD**,
Appellant

v.

Patty **MARTIN**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-11890
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

In this appeal, the record was due on September 17, 2014. *See* TEX. R. APP. P. 35.1(a). The clerk's record was filed on September 24, 2014, but the reporter's record has not been filed. On September 16, 2014, the court reporter notified this court that Appellants have not paid for the record and are not entitled to a free reporter's record. On September 19, 2014, we ordered Appellants to provide this court with written proof that they are entitled to a free record or that they have made arrangements to pay for the reporter's record.

On September 26, 2014, Appellants moved this court to, inter alia, abate the deadline for filing the reporter's record or order Appellee—who is a cross-appellant—to pay one-half of the cost of the reporter's record.

The court requests a response from Appellee. If Appellee chooses to file a response, Appellee must file the response within TEN DAYS of the date of this order. *See id.* R. 10.1(b).

All other appellate deadlines are SUSPENDED pending further order of this court.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2014.



Keith E. Hottle
Clerk of Court